**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CR258** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTHONY HARLAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the motion of defendant Anthony Harlan (Harlan) to review detention (Filing No. 131). Harlan seeks release to his mother's duplex with electronic monitoring. Harlan was previously released and placed at CH, Inc. He left CH, Inc., without authorization and remained in an abscond situation for approximately a month until he was arrested. Harlan's proposal that he be released on less restrictive conditions than when he absconded from CH, Inc., is without merit. The motion is denied.

    **IT IS SO ORDERED.**

    DATED this 2nd day of January, 2015.

                                                     BY THE COURT:

                                                     s/ Thomas D. Thalken
                                                     United States Magistrate Judge